**MARINO**

*PLASTIC DIVISION*

# SidePress
## Buckets & Wingers

- Marino SidePress Bucket and Wringer Combos are designed to meet the demanding requirements of the most sanitary environments at a fraction of stainless steel cost.



MA 1133

MA 1140

| SIDEPRESS BUCKET & WRINGER COMBOS | | | | | | |
|---|---|---|---|---|---|---|
| Product Code | Description | Pack Qty. | Pack Wt lb(s). | Pack Wt. KG | Pack Cube/ft. | List Price/ea. |
| MA1133 | 26-32 Quart Bucket & Sidepress 1132 SD Wringer Combo (Yellow Only) | 1 | 18.0 | 8.2 | 2.7 | 102.00 |
| MA1140 | 26-40 Quart Bucket & Sidepress 1132 SD Wringer Combo (Yellow Only) | 1 | 23.8 | 10.8 | 3.76 | 127.00 |

### SMOOTH EASY TO CLEAN SIDEPRESS WRINGER

- The durable stain resistant one piece construction is easy to clean and sanitize and does not provide a breeding ground for bacteria
- Eliminate the need to stock various sized wringers. The Marino SidePress wringer is designed to effectively wring all wet mops from 12 oz to 32 oz.

| SIDEPRESS WRINGER | | | | | | |
|---|---|---|---|---|---|---|
| Product Code | Description | Pack Qty. | Pack Wt lb(s). | Pack Wt. KG | Pack Cube/ft. | List Price/ea. |
| MA1132 | Sidepress Wringer (Yellow Only) | 2/1 | 18.5 | 8.4 | 2.96 | 56.00 |



**WRINGER FITS BOTH MODEL MA 2603 AND MA 2640 BUCKETS**

**SIDE SQUEEZE COMBO PALLET QTY. (ea)**
MA1133 Small Combo – 42
MA1140 Large Combo – 36

MA 1132

Handle can be inserted for left or right hand operation

Slide out water divider

MA 1011

| JUNIOR SIDEPRESS BUCKET & WRINGER COMBO | | | | | | |
|---|---|---|---|---|---|---|
| Product Code | Description | Pack Qty. | Pack Wt lb(s). | Pack Wt. KG | Pack Cube/ft. | List Price/ea. |
| MA1011 | 21 Quart Jr. Sidepress Combo(Yellow Only) | 1 | 9.70 | 4.4 | 1.70 | 77.00 |



EXH. B