

## BUCKETS

- All Marino buckets feature molded graduations to facilitate accurate measurements.
- Marino buckets feature extended casters and/or flared base for greater stability to minimize the possibility of tipping.
- Available in choice of attractive colours — blue, yellow and charcoal grey, ideal to prevent cross-contamination in any sanitary environment.
- Marino buckets are designed to provide a conveniently large opening for mop access with the wringer attached.

| BUCKETS | | | | | | |
|---|---|---|---|---|---|---|
| Product Code | Description | Pack Qty. | Pack Wt lb(s). | Pack Wt. KG | Pack Cube/ft. | List Price/ea. |
| MA 2603 | 26-32 Quart Bucket with 3" Casters | 1 | 8.82 | 4.0 | 2.5 | 54.00 |
| MA 2640 | 26-40 Quart Bucket with 3" Casters | 1 | 15.87 | 7.2 | 4.0 | 73.00 |



**PLEASE SPECIFY COLOUR WHEN ORDERING.**

PLASTIC DIVISION

MA 2603





MA 2640





MARINO ONLINE … www.marinomop.com    5  MARINO MANUFACTURING LTD.• 1-800-265-6267

EXH. D