

US00D395530S

# United States Patent [19]

## Mandell et al.

[11] Patent Number: **Des. 395,530**

[45] Date of Patent: **\*\*Jun. 23, 1998**

[54] **MOP BUCKET SIDEWALL**

[75] Inventors: **Jon Mandell**, Hattiesburg, Miss.; **Vicky Michael**, Middletown, Va.; **Michael Roby**; **Glen E. Tomblin**, both of Winchester, Va.

[73] Assignee: **Rubbermaid Commercial Products Inc.**, Winchester, Va.

[\*\*] Term: **14 Years**

[21] Appl. No.: **65,507**

[22] Filed: **Jan. 27, 1997**

[51] LOC (6) Cl. ........................................... **07-07**
[52] U.S. Cl. ............................................... **D32/53**
[58] Field of Search .................... D32/53, 53.1, D32/54; 15/260, 262, 264; 220/694–702, 904

[56] **References Cited**

U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| D. 216,277 | 12/1969 | James | D32/53 |
| D. 233,003 | 10/1974 | Karn, Jr. et al. | D7/187 |
| D. 248,610 | 7/1978 | Schwartz | D7/187 |
| D. 270,961 | 10/1983 | Hawkins et al. | D32/53 |
| D. 286,096 | 10/1986 | Jaros et al. | D32/53.1 |
| D. 289,452 | 4/1987 | Fuller | D30/13 |
| D. 292,836 | 11/1987 | Juergens | D32/53 |
| D. 296,833 | 7/1988 | Slattery et al. | D32/53 |
| D. 296,948 | 7/1988 | Fuller | D32/53 |
| D. 320,295 | 9/1991 | Delmerico | D32/53 |
| D. 344,379 | 2/1994 | Clark, Jr. | D32/53 |
| D. 345,236 | 3/1994 | Chen | D32/53 |
| D. 348,129 | 6/1994 | Wolff | D32/53 |
| D. 348,130 | 6/1994 | Miller | D32/53 |
| D. 353,241 | 12/1994 | Breen | D32/53 |
| D. 355,736 | 2/1995 | Licari | D32/53 |
| D. 374,321 | 10/1996 | Mandell et al. | D32/53 |
| 1,486,284 | 3/1924 | Eiffe . | |
| 3,747,154 | 7/1973 | O'Neil | 15/264 |
| 3,756,451 | 9/1973 | Popeil | 220/96 |
| 4,713,859 | 12/1987 | Smith, Jr. | 15/264 |
| 4,716,619 | 1/1988 | Young | 15/262 |
| 4,815,160 | 3/1989 | Smith, Jr. | 15/264 |
| 4,908,904 | 3/1990 | Smith, Jr. | 15/264 |
| 5,199,571 | 4/1993 | Wolff et al. | 206/518 |
| 5,333,353 | 8/1994 | Taylor | 15/264 |
| 5,440,778 | 8/1995 | DeGuzman | 15/260 |
| 5,548,865 | 8/1996 | Pagani | 15/262 |
| 5,615,447 | 4/1997 | Hardesty et al. | 15/264 |

OTHER PUBLICATIONS

P. 14, Mop bucket sidewalls; Continential Manufacturing Co., 123 Byassee Drive, Hazelwood, Missouri 63042. Publication date 1995.

Pp. 6, 7 and 8, Mop bucket sidewalls; White Mop Wringer Co., 10702 North 46th Street, Tampa, Florida 33617. Published at least as early as Jan. 16, 1995.

P. 1, Mop bucket sidewalls; S. Marino Manufacturing Ltd., Concord, Ontario, Canada L4K 4L5. Published at least as early as Nov. 7, 1994.

P. 17, Mop bucket sidewalls; Rubbermaid Commercial Products Inc., 3124 Valley Avenue, Winchester, Virginia 22601. Publication date Feb., 1978.

P. 30, Mop bucket sidewalls; Rubbermaid Commercial Products Inc., 3124 Valley Avenue, Winchester, Virginia 22601. Publication date May, 1989.

P. 25, Mop bucket sidewalls; Rubbermaid Commercial Products Inc., 3124 Valley Avenue, Winchester, Virginia 22601. Publication date 1992.

P. 27, Mop bucket sidewalls; Rubbermaid Incorporated, 1147 Akron Road, Wooster, Ohio 44691. Publication date 1990.

*Primary Examiner*—Alan P. Douglas
*Assistant Examiner*—Robin V. Taylor
*Attorney, Agent, or Firm*—Richard B. O'Planick; Lisa B. Riedesel

[57] **CLAIM**

The ornamental design for a mop bucket sidewall, as shown and described.

**DESCRIPTION**

FIG. 1 is a top left front perspective view of a mop bucket sidewall showing our new design;

FIG. 2 is a top plan view thereof;



EXH. E

**Des. 395,530**
Page 2

FIG. 3 is a rear elevational view thereof;
FIG. 4 is a front elevational view thereof;
FIG. 5 is a left side elevational view thereof; the right side elevational view being a mirror image; and,
FIG. 6 is a bottom plan view thereof.

The broken line portions are for illustrative purposes only and form no part of the claimed design.

**1 Claim, 6 Drawing Sheets**

EXH. E



FIG. 1

EXH. E

**U.S. Patent**  Jun. 23, 1998  Sheet 2 of 6  **Des. 395,530**



FIG. 2

EXH. E



FIG. 3

EXH. E



FIG. 4

EXH. E

U.S. Patent　　Jun. 23, 1998　　Sheet 5 of 6　　Des. 395,530



FIG. 5

EXH. E

**U.S. Patent**  Jun. 23, 1998  Sheet 6 of 6  **Des. 395,530**



FIG. 6

EXH. E