## CARTS



### JAN-Cart 2

**JANITORIAL MAIDS CART**

- Specifications:  44.4" x 20" x 38.5"  (113cm x 51cm x 98cm)

**FEATURES:**
- Smooth easy to clean surface
- Molded with high density plastic for extra durability
- Ideal for holding additional products (i.e. dustpans, wet floor signs, mop handles, etc.)
- Convenient utility hooks, molded directly on the Jan-Cart 2
- Accommodates most buckets and wringers of various sizes
- Non-marking wheels, allow for easy movement especially in tight areas
- Optional locking compartment available separately

| JAN-CART2 | | | | | | |
|---|---|---|---|---|---|---|
| Product Code | Description | Pack Qty. | Pack Wt lb(s). | Pack Wt. KG | Pack Cube/ft. | List Price/ea. |
| CA1700Z | JAN-CART 2 - Janitorial Maids Cart w/Bag | 1 | 29.32 | 13.3 | 4.15 | 220.00 |
| CA1700B | JAN-CART 2 - Janitorial Maids Cart Bag Only | 1 | 2.2 | 1 | 1 | 34.00 |
| CA1700ZB | JAN-CART 2 - Janitorial Maids Cart Bag Only with Zipper | 1 | 2.2 | 1 | 1 | 35.00 |
| CA1701 | JAN-CART 2 - Locking Cabinet Only | 1 | 8 | 3.6 | .68 | 98.00 |




Marino's Locking Cabinet for the JanCart-2 is easily installed and protects valuables when cart left unattended. Includes Lock and Key. Sold separately

### X-Cart

- Specifications:  25.5" x 22" x 36.2" (65cm x 56cm x 92cm)

**FEATURES:**
- Smooth easy to clean surface
- Molded with high density plastic for extra durability
- Easily collapses for convenient storage
- Non-marking wheels, allow for easy movement especially in tight areas

| X-CART | | | | | | |
|---|---|---|---|---|---|---|
| Product Code | Description | Pack Qty. | Pack Wt lb(s). | Pack Wt. KG | Pack Cube/ft. | List Price/ea. |
| CA1800 | X-Cart Mobile Trolley | 1 | 20.15 | 9.14 | 4.57 | 223.80 |
| CA1800B | X-Cart Bag Only | 1 | 2.2 | 1 | 1 | 80.33 |

PALLET QTY. (ea)
CA1700 – 22
CA1750 – 12
CA1800 – 21
CA1850 - 16

### UT-Cart

- Specifications:  40.5" x 20" x 37.8"  (103cm x 51cm x 96cm)

**FEATURES:**
- 3 large shelves that are smooth and easy to clean
- Molded with high density plastic for extra durability
- Handles on both ends for easy maneuverability
- Non-marking wheels, allow for easy movement especially in tight areas

| UT-CART | | | | | | |
|---|---|---|---|---|---|---|
| Product Code | Description | Pack Qty. | Pack Wt lb(s). | Pack Wt. KG | Pack Cube/ft. | List Price/ea. |
| CA1850 | UT-Cart Utility Cart | 1 | 21.54 | 9.77 | 6.40 | 302.72 |

### HOTEL Cart

- Specifications:  58.2" x 21.6" x 51.18"  (148cm x 55cm x 130cm)

**FEATURES:**
- 2 large moveable shelves that are smooth and easy to clean
- Molded with high density plastic for extra durability
- Handles on both ends with bag accommodation
- Non-marking wheels, allow for easy movement especially in tight areas

| HOTEL CART | | | | | | |
|---|---|---|---|---|---|---|
| Product Code | Description | Pack Qty. | Pack Wt lb(s). | Pack Wt. KG | Pack Cube/ft. | List Price/ea. |
| CA1750 | Heavy Duty Hotel Cart | 1 | 81.13 | 36.8 | 11.42 | 750.81 |
| CA1750B | Hotel Cart Bag Only | 1 | 2.2 | 1 | 1 | 34.00 |



EXH. G