

US00D485410S

## (12) United States Design Patent
### Van Landingham, Jr.

(10) Patent No.: **US D485,410 S**
(45) Date of Patent: ★★ **Jan. 13, 2004**

(54) **CART**

(75) Inventor: **Alfred Reneau Van Landingham, Jr.,** Stephens City, VA (US)

(73) Assignee: **Rubbermaid Commercial Products LLC,** Winchester, VA (US)

(**) Term: **14 Years**

(21) Appl. No.: **29/175,567**

(22) Filed: **Feb. 7, 2003**

(51) LOC (7) Cl. .................................................. **12-02**
(52) U.S. Cl. ....................................... **D34/21**; D6/479
(58) Field of Search ................ D34/12–27; D6/445, D6/432, 476, 478, 479; 280/47.35, 79.11

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | | | |
|---|---|---|---|---|
| D323,913 S | * | 2/1992 | Ernsberger et al. | D34/5 |
| D354,186 S | * | 1/1995 | Grosfillex | D34/21 |
| D361,188 S | * | 8/1995 | Perelli | D34/21 |
| D361,910 S | * | 9/1995 | Maple et al. | D6/445 |
| D426,691 S | * | 6/2000 | Johnson et al. | D34/21 |

OTHER PUBLICATIONS

Rubbermaid Commercial Products—Material Handling, http://www.rubbermaidcommercial.com/user/pages/products.jsp?subSubCatID=1943610107&subCatID=144.

Rubbermaid Commercial Products—Material Handling, http://www.rubbermaidcommercial.com/user/pages/products.jsp?rcpno=4520.

* cited by examiner

*Primary Examiner*—Kay H. Chin
(74) *Attorney, Agent, or Firm*—Foley & Lardner

(57) **CLAIM**

The ornamental design for a cart, as shown and described.

**DESCRIPTION**

FIG. 1 is a frontal perspective view of an embodiment of a cart according to my new design, the cart being shown with structure and internal detail in broken lines;
FIG. 2 is a front elevation view of the cart shown in FIG. 1;
FIG. 3 is a rear elevation view of the cart shown in FIG. 1;
FIG. 4 is a left side elevation view of the cart shown in FIG. 1;
FIG. 5 is a right side elevation view of the cart shown in FIG. 1;
FIG. 6 is a top plan view of the cart shown in FIG. 1; and,
FIG. 7 is a bottom plan view of the cart shown in FIG. 1.
Any broken lines in the drawings are for illustrative purposes only and form no part of the claimed design.
The ornamental design which is claimed is shown in solid lines in the drawings.

**1 Claim, 6 Drawing Sheets**



EXH. H

**U.S. Patent**     Jan. 13, 2004     Sheet 1 of 6     **US D485,410 S**



*FIG. 1*

EXH. H



FIG. 2

EXH. H

Case: 5:08-cv-01283-DDD Doc #: 1-8 Filed: 05/23/08 4 of 7. PageID #: 45



FIG. 3

EXH. H



*FIG. 5*



*FIG. 4*

U.S. Patent     Jan. 13, 2004     Sheet 5 of 6     US D485,410 S



*FIG. 6*

EXH. H

Case: 5:08-cv-01283-DDD Doc #: 1-8 Filed: 05/23/08 7 of 7. PageID #: 48



FIG. 7

EXH. H