

**PLASTIC DIVISION**



# Introducing The New Gladiator Service Utility Cart

The Marino Service Utility Cart is a great addition to the Gladiator family of products. It is ideal for use in a warehouse, the garage – any place a rugged cart is needed. This rugged service cart features easy-to-clean structural plastic for industrial, medical and food service use. Features a 3" deep, leak-proof top tray plus a 3" deep bottom shelf. Excellent mobility with 4 casters (2 swivel and 2 fixed) and a comfortable push handle. Easy assembly. Rounded edges and corners will not cut or scrape walls or furniture. Lightweight design allows this cart to be easily maneuvered on 5" non-marking casters.

CA1900


**CLICK TO VIEW PRODUCT DATA SHEET**

**NEW**

CA1902

CA1903

**OPTIONAL TRAY**
An optional 4" deep middle tray shelf is available and can be added to make a three shelf cart. Cart capacity is 500 pounds with a 250 pound maximum capacity on each shelf. Installs easily.

**OPTIONAL UTILITY BIN**
Utility Bin offers a convenient 21" L x 2-1/2" W x 4" H area for tools, such as, markers, pencils, rulers or more. Installs easily.

**Specifications:**
**Size:** 36"D x 24"W x 32"H, and 4" deep tray
**Casters:** 5" x 1 1/4" non marking
**Colour:** Gray is standard colour. Other colours also available
**Shipping Carton Dimensions**
**2 Shelf Cart:**
40 1/4" x 25 3/4" x 8 3/4" (5.28 cubic feet)
**Optional Shelf:** 37 1/4" x 25 1/2" x 4 1/4" (2.3 cubic feet)

| GLADIATOR SERVICE UTILITY CART | | | | | | |
|---|---|---|---|---|---|---|
| Product Code | Description | Pack Qty. | Pack Wt lb(s). | Pack Wt. KG | Pack Cube/ft. | List Price/ea. |
| CA1900 | 2 Shelf Large Cart with 5" casters | 1 | 48.88 | 22.17 | 5.37 | 262.00 |
| CA1902 | Middle Shelf for Cart | 1 | 19.25 | 8.73 | 5.28 | 120.00 |
| CA1903 | Bin Box for 2 Shelf Cart | 1 | 1.21 | .55 | .213 | 20.00 |

EXH. I